# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America<br>v.<br>Johnny Harris<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:21-mj-00318<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/17/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Johnny Harris__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(D) - Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date: 03/17/2021                                              *Issuing officer's signature* 2021.03.17 18:42:49 -04'00'

City and state: Washington, D.C.                              Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                              *Arresting officer's signature*

                                                              *Printed name and title*